AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Jeremy Lock | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

1:23-mj-507-TAB

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____3/1/23 - 3/18/23_____ in the county of _____Vermillion_____ in the
_____Southern_____ District of _____Indiana_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation / Attempt Sexual Exploitation of a Child |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____/s/ Laura Smith_____
*Complainant's signature*

_____Laura Smith, TFO/USSS_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
_____telephone_____(*reliable electronic means*)

Date: _____6/30/2023_____

City and state: _____Indianapolis, Indiana_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Laura Smith, being duly sworn, hereby depose and state as follows:

1.      **Affiant**:  I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department (IMPD).  I am also a cross-designated Task Force Officer (TFO) with the United States Secret Service (USSS).

2.      **Experience**:  I have over 25 years of law enforcement experience.  I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3.      **Training**:  I have attended and presented at the National Crimes Against Children Conference and attended numerous classes related to investigating the online sexual exploitation of children.  I am a member of the Indiana Internet Crimes Against Children (ICAC) Task Force, which includes federal, state, and local law enforcement agencies.  I am currently assigned to operate in an undercover capacity on the internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography.  As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4.      **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as information learned from other law enforcement officers and witnesses.  Because this

1

affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation.   I have set forth only the facts that I believe are necessary to establish probable cause that **JEREMY LOCK** committed a criminal offense.

5.      **Probable Cause:** For the reasons listed below, there is probable cause to believe that **JEREMY LOCK (LOCK)**, DOB xx-xx-1984 (known to Affiant, but redacted) has committed the following offense in the Southern District of Indiana and elsewhere: **Counts 1, 2, 3, and 4: – Sexual Exploitation of a Child / Attempted Sexual Exploitation of a Child.**

A.      **Sexual Exploitation / Attempt Sexual Exploitation of a Child, 18 U.S.C. § 2251(a) and (e):** Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced

2

or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.  It is also a crime to attempt to commit this crime.

6.     **Definitions**:  The following definitions apply to this Affidavit:

A.     The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

B.     The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

C.     The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

7.     **Witness / Victim Identification:** Each of the persons below is identified by pseudonym to protect the identity of victims and witnesses.  Your Affiant

knows the identity of each Witness / Minor Victim and can make such information available to Magistrate Judge who signs this affidavit / arrest warrant upon request.

     A.    **Minor Victim 1**:  Minor Victim 1 is a child who, at all times relevant to the complaint, was less than 14 years of age.

     B.    **PERSON A**: Person A is a female relative of Minor Victim 1.

## FACTS SUPPORTING PROBABLE CAUSE FOR ARREST WARRANT

8.    **Investigation of JEREMY LOCK (LOCK):**  On April 20th, 2023, Vermillion County School Resource Officer, Deputy Nick Hall (HALL) was called to North Vermillion Jr/Sr High School reference a sex offense. Deputy Hall met with Special Deputy Andrew Baca (BACA), who was working as the School Resource Officer at the school. Deputy Baca advised Deputy Hall that he was called to the front office due to an inappropriate search being made on a school iPad.

9.    North Vermillion Assistant Principal Kim Britten stepped outside with both Deputies and stated that they had MINOR VICTIM 1 in an office after questioning about the inappropriate search conducted. The search conducted was "Is it illegal for a (male relative) to take nude pictures of their (female relative)" and was searched on Sunday, 04/16/2023 at 9:38 PM and 9:39 PM. Principal Britten stated that when she and Principal Kirk spoke with MINOR VICTIM 1, they were advised by MINOR VICTIM 1 that JEREMY LOCK, date of birth XX/XX/1984 (redacted) had taken several nude pictures of her on his cell phone.  JEREMY LOCK was identified as a male relative of MINOR VICTIM 1.

10.     North Vermillion Elementary Principal Brian Bryum brought over MINOR VICTIM 1's minor male relative who attends the Elementary School and they were held in a safe environment. North Vermillion Principal Monty Kirk called the DCS Hotline and requested immediate assistance. Deputy Hall waited until DCS representative Kaila Stamper arrived on scene and brought her up to speed. Stamper and Deputy Hall entered the conference room at North Vermillion High School where MINOR VICTIM 1 was sitting.

11.     **Preliminary Interview of MINOR VICTIM 1:** Deputy Hall explained to MINOR VICTIM 1 that they needed to speak with her. He explained that he was going to audio and video record the entire time and MINOR VICTIM 1 stated she understood. MINOR VICTIM 1 was asked if she could tell why she was sitting in the conference room and she stated she had searched something on her iPad at home.

A.     Deputy Hall asked MINOR VICTIM 1 what she had searched. She became very shy saying she searched if it was illegal for a (male relative) to take photos of their (female relative).

B.     They explained to MINOR VICTIM 1 that she was not in any trouble, and she could talk to them. Deputy Hall asked MINOR VICTIM 1 if she remembered when he told everyone that they could talk to him about anything, and she stated she did. Deputy Hall then asked MINOR VICTIM 1 if JEREMY LOCK had taken pictures of her and she stated he had.

C.     Deputy Hall asked MINOR VICTIM 1 what kind of pictures LOCK had taken and she stated that he would ask her if she wanted to wear

some "cute clothes" belonging to PERSON A (a female relative of MINOR VICTIM 1 whose identity is known to Your Affiant). MINOR VICTIM 1 stated that LOCK made her promise not to tell as it was their secret. MINOR VICTIM 1 stated that JEREMY LOCK had her put on PERSON A's "high socks" with a bow on them and LOCK took pictures of MINOR VICTIM 1.

D.      Deputy Hall asked MINOR VICTIM 1 if JEREMY LOCK had asked her to get undressed and she stated he did. Deputy Hall asked MINOR VICTIM 1 if LOCK took pictures of her at that point, and she stated he did when she was completely naked. MINOR VICTIM 1 stated that is when she felt uncomfortable and put on PERSON A's night gown type thing to cover up. MINOR VICTIM 1 explained that PERSON A's night gown was like a sleep top that was white with stripes.

E.      Deputy Hall asked MINOR VICTIM 1 if JEREMY LOCK had made her do anything else and she stated that he had her put on a few other inappropriate outfits and took pictures of all of them. Deputy Hall asked MINOR VICTIM 1 what LOCK used to take the photos, and she stated he used his cell phone. Deputy Hall asked MINOR VICTIM 1 what kind of phone LOCK had and she explained that it was a Google Pixel 3 phone.

F.      MINOR VICTIM 1 was asked when this had occurred, and she stated she thought it was around February or March but could not remember for sure.

6

G.      MINOR VICTIM 1 was asked if JEREMY LOCK had done anything else with her and she stated she did not feel comfortable talking about it. Deputy Hall reminded MINOR VICTIM 1 that she was not in trouble, and she was doing the right thing by talking to us. MINOR VICTIM 1 stated okay and told Hall that JEREMY LOCK would make her strip and lay on his bed playing with a PERSON A's "toy". MINOR VICTIM 1 was asked what the PERSON A's toy was and she stated it was rechargeable, it vibrated, and it had ear like things on it that moved. MINOR VICTIM 1 was asked how she would play with the toy, and she stated she had to put it in "down there".

H.      MINOR VICTIM 1 stated she did not feel comfortable saying what it was, and Deputy Hall asked her if she was referring to her private area and she stated yes. MINOR VICTIM 1 was asked what LOCK was doing when she played with the toy, and she stated LOCK would touch his privates with a towel.

I.      Deputy Hall asked MINOR VICTIM 1 how often this occurred, and she stated around once a month.  He asked MINOR VICTIM 1 when the last time this occurred was and she stated about a month ago. Deputy Hall said he did not want to push too hard and asked MINOR VICTIM 1 again about what LOCK did and if she noticed anything about his privates. MINOR VICTIM 1 stated she did not understand but JEREMY LOCK would play with himself by rubbing a towel while MINOR VICTIM 1 used PERSON A's toy.

J.      Deputy Hall and DCS Stamper asked MINOR VICTIM 1 if her minor male relative knew what LOCK did and she stated no but PERSON A did. They asked MINOR VICTIM 1 if JEREMY LOCK and her minor male relative ever did anything together and she stated she did not think so.[1]

K.      MINOR VICTIM 1 stated that JEREMY LOCK told her that he had to teach her how kids are made, and PERSON A did not have time to teach her. MINOR VICTIM 1 was asked if PERSON A was aware of what LOCK did and she stated that PERSON A was. MINOR VICTIM 1 stated that LOCK had to teach her as PERSON A was busy working and that LOCK had her and PERSON A get undressed, and they all played with each other in bed.  MINOR VICTIM 1 was becoming very uneasy at that point and they asked if she wanted to take a break and she stated yes.

12.      Records show that JEREMY LOCK lived in Vermillion County in the Southern District of Indiana.

13.      At approximately 3:30 PM, Deputy Nick Hall contacted Indiana State Police (ISP) Detective Angie Hahn (Hahn).  Deputy Hall relayed to Detective Hahn that a thirteen-year-old female had been looking up "is it illegal for a (male relative) to take nude pictures of their (female relative)" on the school iPad. Deputy Hall advised when the principal and vice principal talked with the girl, she had advised

---

[1] Deputy Hall had Mr. Byrum talk to the minor male relative along with Kim Britten, and they asked the minor male relative if LOCK had ever done anything inappropriate. The minor male relative stated that JEREMY LOCK had told all them that they should not be ashamed of their bodies and they did not need to wear clothing. Minor male relative stated he always wore clothes as he did not feel right being naked, but he observed JEREMY LOCK and MINOR VICTIM 1 naked all the time. Minor male relative stated he had never seen PERSON A this way, as she always had clothes on.

that JEREMY LOCK would have her undress and take nude photos of her on his cell phone.

14.     FCM Stamper and Detective Hahn felt an acute Susie's Place interview was needed.  Both MINOR VICTIM 1 and the minor male relative were transported to Susie's Place in Terre Haute for interview.

15.     **MINOR VICTIM 1 Formal Interview:**   On that same day, at approximately 7:00 p.m., an interview took place at Susie's Place located in Terre Haute, Indiana for MINOR VICTIM 1 and a minor male family relative of MINOR VICTIM 1.  The interviews were conducted by Caitlyn Pratt.

A.     MINOR VICTIM 1 discussed her relatives including JEREMY LOCK, who lives in Cayuga, Indiana.

B.     MINOR VICTIM 1 talked about how "it" started, when she was in fifth grade before she wore a bra.  MINOR VICTIM 1 said JEREMY LOCK would have her come into his bedroom and take her clothes off.  MINOR VICTIM 1 described JEREMY LOCK was naked and had a blue towel over his private area. MINOR VICTIM 1 said she did as she was told by LOCK.  MINOR VICTIM 1 said LOCK asked her if she had studied sex education yet. MINOR VICTIM 1 told him no, not yet. LOCK told her that PERSON A didn't have time to teach her, so he would have to. MINOR VICTIM 1 said JEREMY LOCK showed her his penis and then sucked on her breast. She said as LOCK was sucking her breast, he was stroking up and down on his private area.

C.      MINOR VICTIM 1 was shown diagrams of drawings of boys and girls to understand what private parts she was describing. MINOR VICTIM 1 pointed to the penis of the boy and vagina of the girl.

D.      MINOR VICTIM 1 said JEREMY LOCK then started having her come to the bedroom and do things with her to teach her the proper way. MINOR VICTIM 1 described another time that she was told to come into the bedroom and was told to undress and lay down on the bed. MINOR VICTIM 1 said JEREMY LOCK was nude and messing with his private part. JEREMY LOCK had her sit on a blue towel on the bed with her legs spread out, hips arched.

E.      MINOR VICTIM 1 said LOCK was using a vibrator on her private spot and his.  She said JEREMY LOCK then had "white stuff" onto the towel and told her that she couldn't leave the room until she "squirted", so she tried and did on the blue towel. Afterwards, she left the room to finish her homework.

F.      MINOR VICTIM 1 said that while in the bedroom, JEREMY LOCK had her play with different toys, such as a pink toy with a button above the lick thing that had a light and vibrator, a purple one that was as big as LOCK, and a suction cup type but didn't really suck. MINOR VICTIM 1 said that after using the toys, JEREMY LOCK had her sanitize them with this clear bottle and then put them in a blue towel.

G.　　MINOR VICTIM 1 discussed that when she was in sixth grade, when she started wearing a bra, JEREMY LOCK had her come into the bedroom and had her lay down on the bed. She was told to take her clothes off and LOCK'S clothes were on the floor. They were facing each other when he put his private spot inside her private spot. MINOR VICTIM 1 said it hurt like needles, and she started to cry. JEREMY LOCK told her to stop crying. MINOR VICTIM 1 said he stopped when it couldn't go in all the way in. MINOR VICTIM 1 said she started to put her clothes on, and JEREMY LOCK told her to go to the closet and the hanging "thing" that had the toys and pick one to use. JEREMY LOCK showed her how to use one and asked if she wanted him to buy her one. MINOR VICTIM said no.

H.　　MINOR VICTIM 1 described a sticky oil that JEREMY LOCK sometimes used if he couldn't get his private part inside her private part. MINOR VICTIM 1 described this as a clear bottle with a blue lid and clear stuff that was sticky and was in the hanging thing with the toys and sanitizer.

I.　　MINOR VICTIM 1 discussed the last time she could remember. MINOR VICTIM 1 said she was doing homework and went to get a snack from the kitchen when JEREMY LOCK told her to come into the bedroom. MINOR VICTIM 1 said she didn't want to but thought maybe LOCK wanted to play a video game with her. MINOR VICTIM 1 said that JEREMY LOCK then made her "do it" again. MINOR VICTIM 1 said she told JEREMY LOCK that she had homework to do, but he told her this was more important. MINOR VICTIM

11

1 described this was the same as before, but JEREMY LOCK has had her in different positions before. MINOR VICTIM 1 talked about JEREMY lying on his back with her legs spread around him facing him, her lying on the side bed and JEREMY LOCK standing on the side of the bed and putting his private spot inside her private spot.

J.    MINOR VICTIM 1 said this time they were facing each other on the bed with her lying on the bed, and LOCK used the sticky stuff on his private spot and put it into her private spot. MINOR VICTIM 1 said it felt like needles and hurt. MINOR VICTIM 1 said he then pulled out and had her get a toy. JEREMY LOCK used the toy on her and himself until white stuff came out of him, and she had squirted. MINOR VICTIM 1 said after she squirted, she was able to go finish her homework.

K.    Minor Victim also described a time in the summer of 2022 when JEREMY LOCK called her into the bedroom with PERSON A. MINOR VICTIM 1 said when she came into the bedroom, PERSON A had a shirt on but no pants, and JEREMY LOCK was naked and had a towel. JEREMY LOCK had MINOR VICTIM 1 get the "purple" toy and put it inside PERSON A, all the way inside her. MINOR VICTIM 1 said the PERSON A was very excited. MINOR VICTIM 1 couldn't say the word "moaning", so she wrote it on the chart paper. MINOR VICTIM 1 said that JEREMY LOCK then started moving the towel up and down on his private parts. JEREMY LOCK then told MINOR VICTIM 1 to leave the room. MINOR VICTIM 1 said a short time

later PERSON A came out fully clothed and told MINOR VICTIM 1 she was going to get her some ice cream to help her not think of this. MINOR VICTIM 1 said this incident occurred after dinner and her minor male relative (relationship known) was in his bedroom.

L.     MINOR VICTIM 1 said a few weeks ago, JEREMY LOCK had her come to the bedroom and allowed her to get PERSON A's secret clothes to try on. MINOR VICTIM 1 described an outfit with pink bows, lingerie outfits, and dress up outfits found in the back of PERSON A's closet. MINOR VICTIM 1 said while she was dressed up, JEREMY LOCK took photos of her, called her sexy, and said that other women would find her sexy. MINOR VICTIM 1 said JEREMY LOCK had her use toys and put them up inside her private part.  He would also take photos as well as when she was using the toys.

M.     MINOR VICTIM 1 was shown the "look-up" she completed on her iPad and was asked why she did that. MINOR VICTIM 1 said she was curious about it, and she doesn't really like JEREMY LOCK and she felt uncomfortable. MINOR VICTIM 1 said she had not talked to anyone about this until at the school because of what she looked up.

N.     According to MINOR VICTIM 1, when the sexual intercourse would occur, JEREMY LOCK would make her clean the vibrator with a sex toy cleaner.  MINOR VICTIM 1 also stated that the sexual intercourse was happening when PERSON A was at work and her minor male relative was gone. MINOR VICTIM 1 stated that she was afraid to tell JEREMY LOCK no.

16.    **Search Warrant:** On April 20th, 2023, at approximately 8:37 p.m., Deputy Hall requested a search warrant for LOCK's residence located in Cayuga, Indiana 47928.  The warrant was granted by Vermillion County Judge Robert M. Hall under cause 83C01-2304-MC-000036.

17.    **Execution of Search Warrant:** On April 20, 2023, Deputy Hall and Deputy Keith Warner executed the search of the residence in Cayuga. Inside the residence, in the master closet, they located the sex toys, clothing, and the other items MINOR VICTIM 1 described. Inside the closet, the items described by MINOR VICTIM 1 were located together on what appeared to be like a shoe rack.

18.    Several items were removed from the residence and placed in temporary storage at the Vermillion County Jail.  Some of those items included, but not limited to multiple sexual toys, two black cloth eye masks, an Xbox 360 Hard Drive, a Nikon Coolpix Camera with SD card, a sexual toy cleaning spray, a glass-like penis shaped sexual toy, two bottles of sexual lubricant, a PNY USB SD memory stick, multiple items of lingerie, a black strap on harness, black stockings, 160gb Western Digital hard drive with cables, a  Dell laptop with Epson projector, a Dell Optiplex 790 desktop computer, a Republix of Gamers Desktop computer, and Two Google Pixel phones.

19.    Both JEREMY LOCK and PERSON A consented to interviews at the Vermillion County Sheriff's Office.  They were both transported to the Sheriff's office and placed in interview rooms.

20.     **Interview of PERSON A:** Deputy Hall and Deputy Warner spoke with PERSON A. Deputy Warner informed her that this was a voluntary statement. Deputy Warner showed her that the door was unlocked and informed her that she could leave at any time. Deputy Warner then read the Indiana *Miranda* Warning to her. She understood her rights and signed the Consent Form. Again, Deputy Warner informed PERSON A that she was not locked in this room and that she was free to leave at any time.

A.     PERSON A agreed to speak with us about the case. She stated that she was not aware of any sexual encounters between JEREMY LOCK and MINOR VICTIM 1. When confronted with the evidence, she began to cry. Deputy Warner asked her if she had done anything sexual with MINOR VICTIM 1. At first, PERSON A denied any sexual encounters with MINOR VICTIM 1. However, when pressed with the truth that we had already been told about certain sexual encounters with her, JEREMY LOCK, and MINOR VICTIM 1, she stated that once they had a threesome in the bedroom.

B.     According to PERSON A, they formed a "triangle" on the bed. PERSON A had MINOR VICTIM 1 use a Purple "bunny ears" sexual pleasure toy on her while JEREMY LOCK sat, watched, and masturbated. According to PERSON A, MINOR VICTIM 1 wanted to know what "it" felt like. The PERSON A had MINOR VICTIM 1 put the toy in her vagina and move the toy back and forth for pleasure.

C.     PERSON A began sobbing. Deputy Hall and Deputy Warner decided to pause the interview and go speak with JEREMY LOCK to provide time for PERSON A to regain her composure.

21.     **Interview of JEREMY LOCK:** Deputy Warner informed JEREMY LOCK that he was free to leave at any time during this interview. He showed LOCK that the door was not locked and that he could again, leave at any time. JEREMY LOCK stated that he thought he might need a lawyer as he had an issue previously with law enforcement. Deputy Warner read LOCK the Indiana *Miranda* Warning. JEREMY LOCK stated, "so I can stop talking at any time and ask for a lawyer"? Deputy Warner said yes. JEREMY LOCK consented to signing the Miranda warning and agreed to speak to the Deputies about the case.

22.     JEREMY LOCK denied any sexual encounters with MINOR VICTIM 1. JEREMY LOCK was crying with no tears and placed his head in his hands. Deputy Warner informed JEREMY LOCK that he knew his crying was fake as there were no tears. JEREMY LOCK stated, "I think I need a Lawyer." Deputy Warner said, okay. JEREMY LOCK stayed seated and continued to appear to be upset. JEREMY LOCK, when asked about all the accusations against him, said, "Lawyer." Deputy Hall and Deputy Warner then ended the interview.

23.     **Witness 1 and Witness 2 Additional Evidence:** On May 11th, 2023, at approximately 8:50 p.m., Deputy Keith Warner of the Vermillion County Sheriff's Department was requested to meet with two subjects in the lobby of the Vermillion

County Sheriff's office.  The dispatcher stated that the two subjects wanted to turn in items of evidence.

A.     When Deputy Warner arrived, he spoke with individuals identified as Witness 1 and Witness 2 (identity known to Your Affiant).  They told Deputy Warner that they were instructed by an unidentified individual, who they refused to name, to go to the 200 block of West Court Drive in Cayuga and remove items of evidence which pertained to the case of JEREMY LOCK.  Deputy Warner learned that Witness 1 and Witness 2 are relatives of JEREMY LOCK.

B.     Witness 1 and Witness 2 said they have had keys to the premises for over a year and were currently helping move the property out of the premises since LOCK has been evicted from the address.

C.     According to Witness 1, he was told to look for a Tupperware bowl with a red lid.  Witness 1 stated that he was told that the bowl was located next to a dirt pile in the back of the residence.  Witness 1 stated that he located the Tupperware bowl, upside down, next to a dirt pile just outside the boundary of the residence.  Inside the Tupperware bowl, Witness 1 located a Western Digital 4TB hard drive with serial #VBGE52NF, a V-NAND SSD 970 EVO 1TB internal hard drive, and metal card with a logo plate "Republic of Gamers".

D.     Witness 2 added that she was told to go inside the residence, in the kitchen, and remove several discs from the residence.  According to Witness 1 and Witness 2, the discs were located underneath a pull-out kitchen drawer.

17

Witness 1 and Witness 2 turned in six (6) discs to Deputy Warner.  They were described as follows:

     i.      Disc 1, labeled *Jeremy's Pictures Volume 2* and located inside a purple plastic CD sleeve.

     ii.      Maxwell DVD+R, *Sorted Videos 2*, inside a purple plastic CD sleeve.

     iii.      Maxwell DVD+R, *unsorted 2 (Copied)*, inside a purple plastic CD sleeve.

     iv.      Maxwell DVD+R, *unsorted 1 (Copied)*, inside a purple plastic CD sleeve.

     v.      Maxwell DVD+R, *Sorted Videos 3*, inside a purple plastic CD sleeve.

     vi.      Sony CD-R, *My New RE (F) Stuff*, inside a purple plastic CD sleeve.

E.     Witness 1 and Witness 2 both declined to give formal statements about who called them and told them to remove the items of evidence from the residence.  They added that they felt compelled to turn in the evidence. Witness 2 stated that the evidence was retrieved from the residence on May 11, 2023, at approximately 5:30 p.m.  Witness 2 said that she initially contacted their attorney; however, the attorney told them to contact the Sheriff's Office to turn in the evidence.

24.     **Jail Communication:** On May 11, 2023, at approximately 10:30 p.m.

Deputy Warner listened to JEREMY LOCK'S jail phone conversations.

A.     On May 6th, 2023, at approximately 6:45 p.m. Lock called Witness

2 and told Witness 2 to remove the mouse traps from under the kitchen sink,

behind the pull-out drawers.  JEREMY LOCK reiterates "behind the drawer".

LOCK told Witness 2 to remove the traps and get rid of them.  JEREMY LOCK

also told Witness 2 that in the dirt pile, behind the house, there is garbage that

needs to be thrown out.  LOCK states, "Throw that stuff away.  Mouse traps

behind the kitchen cabinet drawers".

B.     On May 7th, 2023, at approximately 5:35 p.m., JEREMY LOCK

states that he has friends on Discord[2].

C.     On May 11th, 2023, at approximately 4:25 p.m., JEREMY LOCK

asked Witness 2, "Did you take care of the stuff in the house that I told you to

get rid of?"  Witness 1 responded, "I couldn't find no mouse traps" and adds,

"You said under the sink right, underside of the drawer behind the drawers".

LOCK replies, "Find them and throw them away".  At 7:25 p.m. LOCK called

Witness 2 again and asked if she found all the mouse traps and adds, "destroy

them all".  Witness 2 then asked LOCK, "Are those my two little mice?" and

Witness 2 adds, "I found your illegal games".

_____

2 **Discord** is a Voice over IP and instant messaging social platform. Users have the ability to communicate
with voice calls, video calls, text messaging, media and files in private chats or as part of communities called
"servers"

25.   **Additional evidence from Witness 2:**   On May 13th, 2023, at approximately 4:45 p.m., Deputy Warner received a phone call from Deputy Chad Akers.  Deputy Akers stated that Witness 2 had located an additional external hard drive and was at the Vermillion County Jail to turn in evidence.  According to Witness 2, the External Hard Drive, SABRENT (serial #605367-18815914) was located also inside LOCK's residence in Cayuga (the same location as where the search warrant had been executed).  Witness 2 stated the hard drive was located under the living room television on the television stand.  The hard drive has a black leather case with the logo SABRENT on the outside of the case.  Deputy Akers secured the evidence for Deputy Warner.

26.   **Search warrants for Device Examinations:**

A.   On May 12, 2023, a search warrant was requested by Detective Hahn for the examination of the digital device evidence recovered from JEREMY LOCK'S premises on April 20th, 2023.  The search warrant was granted by Vermillion County Judge Robert Hall under cause #83C01-2305-MC-000038.

B.   On May 15, 2023, a search warrant was requested by Detective Hahn for the additional items provided to the Vermillion County Sheriff's Department by Witness 1 and Witness 2.  The search warrant was granted by Vermillion County Judge Robert Hall under cause #83C01-2305-MC-000039.

C.   On May 15, 2023, a search warrant was requested by Detective Hahn for the SABRENT External Hard Drive provided to the Vermillion

County Sheriff's Department by Witness 2.  The search warrant was granted by Vermillion County Judge Robert Hall under cause #83C01-2305-MC-000041.

27.    **Forensic Examinations:**  On May 15, 2023, Deputy Warner executed the search warrant for items in case #2023-003756.  On the discs, he located the following items:

A.    Maxwell DVD+R, *unsorted 2 (Copied)*, inside a purple plastic CD sleeve:

i.    Deputy Warner located under the folder labeled "Underage" 32 videos containing what appeared be child pornography.

a.    Those video files were described as files which appeared to be downloaded from the internet.

b.    The video files were described by Deputy Warner as having titles which ranged from7 year old to 14 years old.

c.    One video, "Color Climax 1975Pthc Really cute 9/yo…" depicts a threesome between a woman, a juvenile, and a male.

ii.    Under the folder "Limewire" (Limewire is a peer-to-peer file sharing client), Deputy Warner located 6 different child pornography videos.

iii.    LimeWire2 folder:

a.    There are 14 videos containing sexual acts.

b.     "Pthc-6yr porn queens—Pedo Raygold r…" is a Russian video that depicts 3 young girls performing sexual acts.

c.     "Spying on a 15-year-old step daughter…" is a video illustrating a young girl undressing in a bathroom.  The video is listed as "Voyeurism".

B.     Maxwell DVD+R, *unsorted 1 (Copied)*, inside a purple plastic CD sleeve.   On this DVD, Deputy Warner located nine different folders, all containing pornographic videos.

i.     Bestiality videos illustrating animal and human sexual acts, which appeared to be downloaded from online sources.

ii.     Folders containing cartoon and anime pornography, including what appeared to be child pornography.

C.     Maxwell DVD+R, *Sorted Videos 3*, inside a purple plastic CD sleeve. On this DVD, Deputy Warner located a file labeled "Sorted Video 3". Inside this file folder, he located approximately 58 videos all labeled with pornographic titles.   Several videos depict child pornographic images.   The following titles are from the file folder:

i.     Rape—Brother Rapes Sleeping Sister

ii.     Sex—3 Girls & 1 Guys

iii.     Sex—Asian Schoolgirl

iv.     Taboo—Incest—Mother's Wishes

22

28. **Sexual Exploitation Files:**  Indiana State Police Forensic Examiner Tom Egler examined the Western Digital 4TB hard drive.  He located the following files under the file path Pictures/Preteen/Hush 13/Photo Sesh 3-16-23.

A. Filename: **PXL_20230316_220726328.jpg**—This up-close image depicts MINOR VICTIM 1's exposed genitals.  The EXIF data shows the camera as a Google Pixel 3 XL.  This described image is part of a set of twenty-nine (29) images which include the face of MINOR VICTIM 1.  The images depict MINOR VICTIM 1 in various poses with clothing on, her genitals exposed,  and/or her breasts exposed.

B. Filename: **PXL_20230317_011206408.jpg**—This up-close image depicts MINOR VICTIM 1's exposed genitals.  The EXIF data shows the camera as a Google Pixel 3 XL.  This described image is part of a set of thirty-eight (38) images which include the face of MINOR VICTIM 1.  The images depict MINOR VICTIM 1 in various poses next to or on a plaid covered bed.  Most of the images depict MINOR VICTIM 1 with a black skirt pulled up to expose her genitals.  Other images in this set include MINOR VICTIM 1 wearing knee-length white socks and black knee-high stockings with her genitals exposed.  Four (4) of the images depict a glass-looking object inserted into the genitals of MINOR VICTIM 1.

C. Filename: **PXL_20230317_011951417.MP4**—This video shows MINOR VICTIM 1's lying on a plaid covered bed.  Her genitals are exposed with a glass-looking object inserted into her genitals.  The EXIF data shows

the camera as a Google Pixel 3 XL. During the video, a male voice can be heard in the background saying, "I'm videoing" and "out farther".

D. Filename: **PXL_20230317_012652130.jpg**—This image depicts MINOR VICTIM 1's exposed genitals. The EXIF data shows the camera as a Google Pixel 3 XL. This described image is part of a set of thirty-six (36) images which include the face of MINOR VICTIM 1. The images depict MINOR VICTIM 1 in various poses next to or on a plaid covered bed. Most of the images depict MINOR VICTIM 1 with a pink and white lingerie top and no bottoms. Nine (9) images in this set include MINOR VICTIM 1 wearing a black strap-on style sex toy.

29. The folder of Photo Sesh 3-16-23 also contained a folder named "PXL_20230317_0.mp4 child object". This folder contained an additional ten (10) images which depict MINOR VICTIM 1 on the same plaid covered bed with the glass-looking object inserted into her genitals.

30. Based on my training and experience, the files located on the Western Digital 4TB Hard Drive set forth in paragraphs 28 (A, B, C, and D) and 29 constitute child pornography as they depict lascivious exhibition of MINOR VICTIM 1's genitals.

31. All the conduct in question occurred in the Southern District of Indiana. The Defendant used his Google Pixel 3 XL cell phone to produce sexually explicit visual depictions of MINOR VICTIM 1. The cell phone was not manufactured in

Indiana or contained parts not manufactured in Indiana and, therefore, travelled in interstate and foreign commerce.

32.   **Conclusion:** Based upon the contents of this Affidavit, there is probable cause to believe that **JEREMY LOCK** has committed the above-listed offense, namely Sexual Exploitation of a Child in that between on or about March 1, 2023 and March 18, 2023, **JEREMY LOCK** employed, used, persuaded, induced, enticed, or coerced MINOR VICTIM 1 to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, including images described as the lascivious display of MINOR VICTIM 1's genitals which were transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

33.    I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **JEREMY LOCK** charging him with the offense listed above.

/s/ *Laura Smith*
Task Force Officer Laura Smith
United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 6/30/2023



Tim A. Baker
United States Magistrate Judge
Southern District of Indiana